IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLENDA D. SEAY, | ) |
| Plaintiff, | ) Case No. 3:09-cv-01044 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Knowles |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Glenda A. Seay's Motion for Judgment on the Administrative Record (Doc. No. 21) ("Motion"), which was accompanied by a supporting Brief (Doc. No. 23), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 28). Magistrate Judge Knowles issued a Report and Recommendation (Doc. No. 29) ("Report") recommending that Motion should be denied and that the decision of the Commissioner should be affirmed, *id.* at 1. The Report was filed on February 28, 2011, and fourteen days have passed without the raising of objections by either party.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** the Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this __18th__ day of March, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT